# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR-00319-JO |
| v. | PROTECTIVE ORDER |
| MARK LEROY DENCKLAU,<br>EARL DEVERLE FISHER, and<br>TILER EVAN PRIBBERNOW, | |// 
| **Defendants.** | |

This matter came before the Court upon the government's unopposed motion for a protective order pursuant to Rule 16(d)(1), Fed. R. Crim. P., to govern the discovery material in this case. Good cause having been shown in the government's motion,

**IT IS HEREBY ORDERED** that defense counsel of record, the investigators, assistants, and employees may review with defendant all discovery material produced by the government, but shall not provide defendant with copies of, nor unsupervised access to, any discovery material produced by the government which contains:

a. information regarding the government's witnesses or sources of information, including criminal histories, arrest records, and witness statements in police reports, transcripts, and search warrant affidavits, ("Witness Information");

b. personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number,

email address, driver's license number, or family members' names ("Personal Information"); or

c. financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, contact information, or taxpayer identification numbers ("Financial Information").

The government and the defense will work together to ensure that these materials are protected and that defendant has unfettered access to as much material as can be provided consistent with this Court's order.

**IT IS FURTHER ORDERED** that neither defense counsel nor defendants shall provide any discovery material produced by the government to any third parties (i.e., persons who are not a party to this case), nor make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons employed by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

Dated: July 24th, 2018.

_____
THE HONORABLE ROBERT E. JONES
United States District Court Judge

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney