# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>TILER EVAN PRIBBERNOW,<br><br>                    Defendant. | No. 3:18-cr-00319-JO-3<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A** |

IT IS ORDERED that CJA Panel attorney Matthew G. McHenry is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving CJA Panel attorney Amy M. Baggio for Tiler Evan Pribbernow, effective March 29, 2019.

DATED this _____ day of March, 2019.

_____
Honorable Robert E. Jones
United States District Court Judge

Presented by:

_____
Lisa C. Hay
Federal Public Defender