Kathleen M. Correll, OSB 871989
Correll & Associates
P.O. Box 13351
Portland, OR  97213
503-284-0763
email: kmc@kmcorrellattny.com

Matthew G. McHenry, OSB 043571
Levine & McHenry LLC
1001 S.W. Fifth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
email: matthew@levinemchenry.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>vs.<br><br>TILER EVAN PRIBBERNOW,<br><br>  Defendant. | No.  3:18-cr-000319-JO-3<br><br>UNOPPOSED MOTION TO CONTINUE SENTENCING |

Defendant Tiler Pribbernow, through counsel Kathleen Correll and Matthew McHenry, moves the Court for an order continuing the current sentencing date of December 13, 2019, for an additional 6 months, to a date on or about June 13, 2020.

The government, through AUSA Leah Bolstad, does not object to this motion.

Defendant Pribbernow, who is in custody in the above-captioned case, consents through undersigned counsel to this request for a continuance of the current sentencing date.

Respectfully Submitted this 19th day of November, 2019:

>s/ *Matthew G. McHenry*
>Matthew G. McHenry
>Of Attorneys for Defendant Pribbernow